# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARION DALE JONES

NO. 2022 KW 0454

**JUNE 21, 2022**

---

In Re:   Marion Dale Jones, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 22-WCR-083.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**   The trial court lacked jurisdiction. Relator's claim is in the nature of a request for postconviction relief, which must be filed in the parish of conviction. See La. Code Crim. P. art. 925; **State v. Ricks,** 2018-0071 (La. App. 1st Cir. 3/6/18), 2018 WL 1168558 (unpublished).

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

a.Sn

DEPUTY CLERK OF COURT
FOR THE COURT